THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jessica Mote, Appellant.
 
 
 

Appeal From Greenville County
 Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2009-UP-363
 Submitted June 1, 2009  Filed June 24,
2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia, and Solicitor Robert Mills Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM: Jessica
 Mote appeals her guilty plea and sentence, arguing the trial court erred by
 refusing to sentence her to the mandatory minimum sentence.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Mote's appeal and grant counsel's motion to be relieved.   
APPEAL
 DISMISSED.
HEARN, C.J., and THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.